IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
JAN - 9 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| IN RE: ) | |
| The Sealing of the Search Warrant ) | CASE NUMBER: 4:20sw1 |
| And the Application and Affidavit ) | |
| In Support of the Search Warrant ) | UNDER SEAL |

## ORDER SEALING SEARCH WARRANT

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B) the Court finds that sealing of the search warrant and the application and affidavit in support of the search warrant is necessary to prevent notification of the existence of the search warrant which could result in publicly identifying subjects who have yet to be federally charged with criminal offenses or otherwise seriously jeopardize the ongoing investigation.

It is hereby ORDERED that the search warrant and the application and affidavit in support of the search warrant are sealed until further Order of this Court, except that the United States may, without further Order of this Court, provide copies of the warrant, application and affidavit as need be to personnel assisting it in the investigation and prosecution of this matter, and may disclose these materials as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

_____
UNITED STATES MAGISTRATE JUDGE
Douglas E. Miller
United States Magistrate Judge

Norfolk, Virginia

January 9, 2020

WE ASK FOR THIS:
G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_____
Lisa R. McKeel
Assistant United States Attorney